**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6353**

TRAVIS JACKSON MARRON,

        Plaintiff - Appellant,

    v.

JOHN JABE, Asst. Dir. of Corrections,

        Defendant - Appellee,

    and

JONES, C.E.O./Founder of J.E.M.,

        Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:12-cv-00468-TSE-TRJ)

Submitted:  July 30, 2014        Decided:  August 26, 2014

Before GREGORY, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis Jackson Marron, Appellant Pro Se.  Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Jackson Marron appeals the district court's order granting summary judgment to John Jabe[*] in Marron's action under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc-5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Marron v. Jabe</u>, No. 1:12-cv-00468-TSE-TRJ (E.D. Va. Feb. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The district court dismissed a second defendant early on in the proceeding below, and Marron does not challenge this disposition on appeal.